UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.1:07-CR-0128-01 (H/F) |
| | ) | |
| TYRAN CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the undersigned U. S. Magistrate Judge pursuant to the Order entered by the Honorable David F. Hamilton, Judge, on September 2, 2008, designating this Magistrate Judge to conduct a hearing on the Petition for Summons or Warrant for Offender Under Supervision, filed with the Court on August 28, 2008, and to submit to Judge Hamilton proposed Findings of Facts and Recommendation for disposition under Title 18 U.S.C. §§3401(I) and 3583(e). Proceedings in this matter were held on September 5, 2008, pursuant to Title 18 U.S.C. §3583, and Rule 32.1(a)(1) of the *Federal Rules of Criminal Procedure*. Mr. Crawford appeared in person and his appointed counsel, Jim McKinley, Office of the Indiana Federal Community Defender's Office. The government appeared by Gayle Helart, Assistant United States Attorney. U. S. Parole and Probation appeared by Timothy Hardy, U. S. Parole and Probation Officer, who participated in the proceedings.

The Court conducted the following procedures in accordance with Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583:

1. That Jim McKinley, Office of the Indiana Federal Community Defender, was present and appointed by the Court to represent Mr. Crawford in regard to the pending Petition for Revocation of Supervised Release.

2. A copy of the Petition for Revocation of Supervised Release was provided to Mr. Crawford and his counsel who informed the Court they had read and understood the specifications of violation charged herein and waived further reading thereof.

3. That Mr. Crawford was advised of his right to a preliminary hearing and its purpose in regard to the alleged specified violations of his supervised release contained in the pending Petition.

4. That Mr. Crawford would have a right to question witnesses against him at the preliminary hearing unless the Court, for good cause shown, found that justice did not require the appearance of a witness or witnesses.

5. That Mr. Crawford had the opportunity to appear at the preliminary hearing and present evidence on his own behalf.

6. That if the preliminary hearing resulted in a finding of probable cause that Mr. Crawford had violated an alleged condition or conditions of his supervised release set forth in the Petition, he would be held for a revocation hearing before the undersigned Magistrate Judge, in accordance with Judge Hamilton's designation entered on September 2, 2008.

7. Mr. Crawford stated his readiness to waive the preliminary hearing. Mr. Crawford then waived, in writing, the preliminary hearing and he was held to answer.

8. Mr. Crawford, by counsel, stipulated that he admitted the specified violations of his supervised release, as set forth in the Petition for Warrant or Summons for an Offender Under Supervision, filed on August 28, 2008.

The Court placed Mr. Crawford under oath and directly inquired of him whether he admitted violations of the specifications of his supervised release. Mr. Crawford stated that he admitted the violations. The Court now finds there is a basis in fact for his admissions and accepts same.

Counsel for the parties further stipulated the following:

1) Mr. Crawford has a relevant criminal history category of II. *See*, U.S.S.G. §7B1.4(a).

2) The most serious grade of violation committed by Mr. Crawford constitutes a Grade C violation, pursuant to U.S.S.G. §7B1.1(b).

3) Pursuant to U.S.S.G. §7B1.(a) upon revocation of supervised release, the range of imprisonment applicable to Mr. Crawford is 4-20 months.

The Court, having heard the admissions of the defendant and the Memorandum dated August 28, 2008, now recommends that Tyran Crawford's federal supervised release be **TERMINATED** and **ORDERED RELEASED** from custody as his supervision expired on September 6, 2008.

**WHEREFORE,** the U. S. Magistrate Judge **RECOMMENDS** the Court adopt the above report and recommendation terminating Mr. Crawford's supervised release.

**IT IS SO RECOMMENDED** this 9th day of September, 2008.

_____
Kennard P. Foster, Magistrate Judge
United States District Court

Distribution:

Gayle Helart,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

James McKinley,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service