UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
vs. )   Cause No. 1:07-cr-0128-01 (H/F)
)
TYRAN CRAWFORD, )
)
          Defendant. )

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Tyran Crawford's supervised release be terminated, pursuant to Title 18 U.S.C. §3401(i), Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves

and adopts the Report and Recommendation as the entry of the Court.

        SO ORDERED this __11th__ day of September, 2008.

David F. Hamilton, Judge
United States District Court
Southern District of Indiana

Distribution:

Gayle Helart,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

James McKinley,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U.S. Marshal Service